IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL CASE |
| v. | : | |
| | : | No. 2:24cr38-01 |
| ANTWAN HUE | : | |
| | : | **CAPITAL CASE** |
| _____ | : | |

## NOTICE OF APPEARANCE

Brent Evan Newton, who was appointed by this Court on November 19, 2025, gives notice of appearance as cocounsel for the defendant, Antwan Hue, in the above-styled action.

Respectfully submitted,

/s/ *Brent Evan Newton*
Brent E. Newton
Attorney at Law
19 Treworthy Road
Gaithersburg, Maryland 20878
Email: brentevannewton@gmail.com
Telephone: 202-975-9105

**Attorney for Defendant
Antwan Hue**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 21, 2025, I filed this document on behalf of Brent Evan Newton via this Court's CM/ECF system, which served copies on all counsel of record.

/s/ *Joseph King*
Joseph King